Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:10-cv-04202-MMC |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| v. | |
| JUANA JIMENEZ MARTINEZ, et al. | |
| Defendants. | |

TO THE HONORABLE MAXINE M. CHESNEY, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Friday, January 7, 2011 at 1:30 PM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers and the Amended Complaint upon the Defendants Juana Jimenez Martinez,  Raul Jimenez Martinez, Benito Jimenez Martinez, and Gustavo Jimenez Martinez individually and d/b/a Orozco Taqueria a/k/a La Torteca.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Friday, January 7, 2011 at 1:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: December 31, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1
2

### ORDER (Proposed)

3      It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-

4  04202-MMC styled *J & J Sports Productions, Inc. v. , et al*., is hereby continued from Friday, January

5  7, 2011 at ~~1:30 PM, to:~~   10:30 a.m. to February 18, 2011, at 10:30 a.m.                                    .

6      A Joint Case Management Statement shall be filed no later than February 11, 2011.

7      Plaintiff is hereby DIRECTED to serve a copy of this order on all defendants.

8
9  **IT IS SO ORDERED**:

10
11
12  _____          Dated:__ January 3, 2011 _____
**THE HONORABLE MAXINE M. CHESNEY**
13  **United States District Court**
**Northern District of California**
14

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///