Thomas P. Riley (SBN 194706)
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena CA 91030-3227
Telephone No. (626) 799-9797
Facsimile No. (626) 799-9795
Attorney for Plaintiff
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 3:10-CV-04202-MMC** |
| **Plaintiff,** | **PLAINTIFF'S SECOND EX PARTE APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER** ~~(Proposed)~~ |
| **vs.** | |
| **JUANA JIMENEZ MARTINEZ, et al.** | |
| **Defendants.** | |

   **TO THE HONORABLE MAXINE M. CHESNEY, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:**

   Plaintiff J & J Sports Productions, Inc., hereby applies ex parte for an order continuing the Case Management Conference presently set for Friday, February 18, 2011 at 1:30 PM.  As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

   The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers and the Amended Complaint upon the Defendants Juana Jimenez Martinez, Raul Jimenez Martinez, Benito Jimenez Martinez, and Gustavo Jimenez Martinez, individually and d/b/a Orozco Taqueria a/k/a La Torteca.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

1

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court continue the Case

2    Management Conference, presently scheduled for Friday, February 18, 2011 at 1:30 PM to a new

3    date approximately Thirty (30) to Forty-Five (45) days forward.

4

5

6                                                     Respectfully submitted,

7

8

9    Dated: February 11, 2011                    _/s/ Thomas P. Riley_____
                                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                                By: Thomas P. Riley
                                                  Attorneys for Plaintiff
11                                                J & J Sports Productions, Inc.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

**ORDER** ~~(Proposed)~~

2      It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-

3   04202-MMC styled *J & J Sports Productions, Inc. v. Juana Jimenez Martinez, et al*., is hereby

4   continued from Friday, February 18, 2011 ~~at 1:30 PM~~, to  April 8, 2011, at 10:30 a.m.         .

5    A Joint Case Management Statement shall be filed no later than April 1, 2011.

6   **IT IS SO ORDERED:**

7

8

9   _____          Dated:  February 14, 2011          

**THE HONORABLE MAXINE M. CHESNEY**

10  **United States District Court**

**Northern District of California**

11

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**PLAINTIFF'S SECOND EX PARTE APPLICATION FOR AN ORDER CONTINUING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:10-cv-04202-MMC**
**PAGE 3**