Thomas P. Riley (SBN 194706)
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena CA 91030-3227
Telephone No. (626) 799-9797
Facsimile No. (626) 799-9795
Attorney for Plaintiff
**J & J SPORTS PRODUCTIONS, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 3:10-CV-04202-MMC** |
| **Plaintiff,** | **PLAINTIFF'S THIRD EX PARTE APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **JUANA JIMENEZ MARTINEZ, et al.** | |
| **Defendants.** | |

**TO THE HONORABLE MAXINE M. CHESNEY, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies ex parte for an order continuing the Case Management Conference presently set for Friday, April 8, 2011 at 10:30 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff's counsel has only recently perfected service on defendant Juana Jimenez Martinez and has not yet perfected service of the initiating suit papers and the Amended Complaint upon the Defendants Raul Jimenez Martinez, Benito Jimenez Martinez, and Gustavo Jimenez Martinez, individually and d/b/a Orozco Taqueria a/k/a La Torteca.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena CA 91030-3227

1     **WHEREFORE,** Plaintiff respectfully requests that this Honorable Court continue the Case

2   Management Conference, presently scheduled for Friday, April 8, 2011 at 10:30 AM to a new date

3   approximately Thirty (30) to Forty-Five (45) days forward.

4

5

6                                                         Respectfully submitted,

7

8

9   Dated: March 31, 2011                              _/s/ Thomas P. Riley_
                                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                                     By: Thomas P. Riley
                                                       Attorneys for Plaintiff
11                                                     J & J Sports Productions, Inc.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

PLAINTIFF'S THIRD EX PARTE APPLICATION FOR AN ORDER CONTINUING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:10-cv-04202-MMC
PAGE 2

1

**ORDER** ~~(Proposed)~~

2      It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-

3   04202-MMC styled *J & J Sports Productions, Inc. v. Juana Jimenez Martinez, et al*., is hereby

4   continued from Friday, April 8, 2011 at 10:30 AM, to___May 13, 2011_____ .

5      A Joint Case Managment Statement shall be filed no later than May 6, 2011.

6   **IT IS SO ORDERED:**

7

8

9   _____        Dated: _April 4, 2011_____
    **THE HONORABLE MAXINE M. CHESNEY**

10  **United States District Court**
    **Northern District of California**

11

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///