IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUANA JIMENEZ MARTINEZ, et al., <br><br> Defendants. / | No. 10-4202 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST UNSERVED DEFENDANTS SHOULD NOT BE DISMISSED** |

"If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

On December 6, 2010, plaintiff filed its Amended Complaint, naming the following three additional defendants: Raul Jimenez Martinez, Benito Jimenez Martinez, and Gustavo Jimenez Martinez. To date, plaintiff has not filed proof of service of the summons and Amended Complaint upon any of said defendants. Pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than April 29, 2011, why plaintiff's claims against said defendants should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: April 12, 2011

MAXINE M. CHESNEY
United States District Judge